IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**TODD STEVEN ADAMS,**
**#N-63927,**

**Petitioner,**

vs.

**BRIAN K. FLAHERTY, #1874,**
**ILLINOIS STATE INDICTMENT 13-CR-14340,**
**ILLINOIS DEPARTMENT OF CORRECTIONS**
**DIRECTOR, WARDEN, OR INCUMBENT,**

**Respondents.**                           Case No. 15-cv-1309-DRH

## MEMORANDUM AND ORDER

**HERNDON, District Judge:**

Petitioner Todd Steven Adams filed a "Writ of Prohibition Habeas Corpus – Mandamus" in this District on November 25, 2016.  (Doc. 1).  The action was opened as a Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254.  However, Adams did not actually refer to § 2254 anywhere in the handwritten document that he filed with this Court.

Before reviewing the petition pursuant to Rule 4 of the Rules Governing § 2254 Cases, the Court warned Adams about the consequences of proceeding under § 2254. (Doc. 5) (citing *Castro v. United States*, 540 U.S. 375, 385 (2003)).  The Court then ordered Adams to file the following **on or before January 25, 2016**: (1) a written request to withdraw the original petition and dismiss this action; or (2) a properly completed amended petition.  (*Id.* at 3).   To enable Adams to comply with this Order, the Clerk provided him with a blank Petition

for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 and a copy of the original petition. (Doc. 1). In addition, the Court explicitly warned Adams that his "Writ of Prohibition Habeas Corpus – Mandamus" would be deemed withdrawn and the action dismissed without prejudice, if he failed to file any response by the deadline. (*Id.*).

The deadline has passed. Adams has not filed a response to the Court's Order. In fact, he has not communicated with the Court at all.

As a result, the "Writ of Prohibition Habeas Corpus – Mandamus" is deemed withdrawn, and the action is **DISMISSED without prejudice** for failure to prosecute this action. *See* FED. R. CIV. P. 41(b). The obligation to pay the filing fee was incurred on the date Adams filed this action, and the filing fee of $5.00 remains due and payable.

The Clerk's Office is **DIRECTED** to close this case and enter judgment accordingly.

**IT IS SO ORDERED.**

**DATED: February 3, 2016**

Digitally signed by Judge David R. Herndon
Date: 2016.02.03 10:03:48 -06'00'

**U.S. District Judge**